UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-24241-BKC-LMI
CHAPTER 13

IN RE:
GLENVILLE BEVIN SMITH           ADVERSARY CASE NO. 17-01069-BKC-LMI
and GEORGIA SMITH
    Debtors.
_____/

THOMPSON SMITH & ASSOCIATES, LLC
    Plaintiff

v.

ALEX FELDMAN A/K/A ALEXANDER FELDMAN
    Defendant
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties who have appeared in this matter hereby stipulate to the dismissal of this action with prejudice.

Dated: March 15, 2017                              Respectfully submitted,

By:  Michael A. Frank, Esquire                    Jonathan Pollard, Esq., c/o Pollard PLLC
    Attorney for Debtors                              Attorney for Plaintiff
    10 Northwest Lejeune Road                    401 E. Las Olas Blvd, Suite 1400
    Miami, FL 33126                                      Fort Lauderdale, FL 33301
    Telephone (305) 443-4217                       Telephone (954) 332-2380
    Email- Pleadings@bkclawmiami.com       Email- jpollard@pollardllc.com

 /s/_____                   /s/_____
Michael A. Frank                                          Jonathan Pollard, Esquire
Florida Bar No. 339075                               Florida Bar No. 83613

By:  Mark Goldstein, Esquire
     Attorney for Defendant
     1380 NE Miami Gardens Drive, Suite 205
     Miami, FL 33179
     Telephone (305) 342-4839
     Email- markgoldsteinattorney@gmail.com



/s/_____
Mark Goldstein

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by email to   and all others set forth in the CM/ECF, this 15th day of March 2017.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
    & RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com


By: _/m/_____
    Michael A. Frank
    Florida Bar No. 339075